UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DARNELL HARRIS,**

    Petitioner,

    v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 2:16–CV–00623
CRIM. NO. 2:13–CR–00068
JUDGE MICHAEL H. WATSON
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

On August 17, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2254 Proceedings recommending that this action be dismissed. R&R, ECF No. 93. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and Petitioner was granted an extension of time to file objections, no objections have been filed.

The *Report and Recommen*dation, ECF No. 93, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT